## VICTOR, ET AL. *v.* DAVIS.

APPEAL from Columbia County.

*E. D. Shattuck,* for appellants.

*Geo. H. Williams,* for respondent.

PER CURIAM:

The principle announced in *Odell* v. *Baker,* 9 Or., 298, and other cases of this court, is conclusive of the question here involved, and the judgment must be affirmed.